## *United States District Court for the Northern District of Illinois*

Case Number: **14CV3586**         Assigned/Issued By: **DJ**

Judge Name:                      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $400.00    ☐ $46.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

__1__ Original and __1__ copies on __04/06/15__ as to _____
                                    (Date)

VARTON SEFERIAN. NO NOTICE FILED.