UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF ILLINOIS
219 S. Dearborn Street, Chicago, Illinois 60604

**FILED**
JUN 1 7 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| REIT PROPERTIES, L.L.C., an Indiana LLC. | ) ) ) | |
| Judgment Creditor, | ) ) | Case No.: 14 C 3586 |
| v. | ) ) | Magistrate Judge Susan E. Cox |
| PARTNERS FOR NEIGHBORHOOD GROUP, Inc., an Illinois Corporation, and VARTAN SEFERIAN, | ) ) ) ) | Amount of Judgment: $208,000.00 |
| Judgment Debtor. | ) | |

## SECOND AMENDED CITATION NOTICE

TO: Vartan Seferian
6740 Lakeridge Drive
Long Grove, Illinois 60047

COURT DATE: July 21, 2015, 9:30 a.m.
219 S. Dearborn
Courtroom #1025
Chicago, Illinois 60604

NAME AND ADDRESS OF ATTORNEY FOR JUDGMENT CREDITOR:

Andrew Staes
STAES & SCALLAN, P.C.
111 W. Washington
Suite #1631
Chicago, Illinois 60602

NAME OF PERSON TO RECEIVE CITATION:

Vartan Seferian

1

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of:
(i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
(13) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

2

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the District Court, Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Circuit Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

## CERTIFICATE OF MAILING

      I certify that within three business days of service on the above-named citation respondent a copy of this Citation and Citation Notice were sent by 1st Class Certified U.S. Mail to the judgment debtors last known address:

      Vartan Seferian
      6740 Lakeridge Drive
      Long Grove, Illinois 60047

      /s/ Andrew Staes
      Andrew Staes

**STAES & SCALLAN, P.C.**
111 W. Washington
Suite #1631
Chicago, Illinois 60602
312-201-8969

4

**PROOF OF SERVICE**

| DATE | PLACE |
|---|---|

<u>SERVED</u>

SERVED ON (print name)          MANNER OF SERVICE

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof Of Service is true and correct.

Executed on: _____          _____
                 Date                                Signature of Server

                                                           _____

                                                           Address of Server